```
                                                              FILED
                                                        U.S. DISTRICT COURT
                                                        DISTRICT OF COLORADO
              IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLORADO         25 SEP -9 PM 4:46
```

Civil Action No. _____
                              (To be supplied by the court)

Javier Martínez Calzada
_____, Plaintiff

v.

<u>Defendant:</u>
<u>Pável Meléndez Cruz (in his personal capacity)</u>
<u>Consul General of Mexico in Denver</u>
_____,

**Jury Trial requested:**
(please check one)
__X_ Yes ___ No

_____,

_____,

_____, Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

**COMPLAINT**

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

---

> **Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

### A.   PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

(Name and complete mailing address)

Javier Martínez Calzada
2755 S. Locust Street, Suite 113
Denver, Colorado 80222

(Telephone number and e-mail address)
720-841-1607
javiercalzadamyworld@gmail.com

### B.   DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:
(Name and complete mailing address)

Pável Meléndez Cruz (in his personal capacity)
Consul General of Mexico in Denver
5350 Leetsdale Drive, Suite 100
Denver, Colorado 80246

(Telephone number and e-mail address if known)

Defendant 2:
(Name and complete mailing address)

(Telephone number and e-mail address if known)

Defendant 3:
(Name and complete mailing address)

2

                (Telephone number and e-mail address if known)

Defendant 4:

                (Name and complete mailing address)

                (Telephone number and e-mail address if known)

## C. JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

__X__ Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

    List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

28 U.S.C. § 1351 (Actions against consuls);
28 U.S.C. § 1331 (Federal Question Jurisdiction);
U.S. Constitution, First Amendment;
Supplemental jurisdiction under 28 U.S.C. § 1367 for state law claims (defamation, civil conspiracy, harassment, tortious interference).

___ Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

    Plaintiff is a citizen of the State of _____.

    If Defendant 1 is an individual, Defendant 1 is a citizen of _____.

3

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of _____ (name of state or foreign nation).

Defendant 1 has its principal place of business in _____ (name of state or foreign nation).

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### D.   STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE:

    Supporting facts:

Defendant, acting personally and through his committee and associates, knowingly published false statements of fact accusing Plaintiff of criminal conduct, including drug trafficking and illegal activity. These statements were disseminated through social media platforms and repeated at public community events. Such statements were false, defamatory per se under C.R.S. § 13-25-124, and made with actual malice and intent to damage Plaintiff's reputation. As a result, Plaintiff suffered reputational harm, severe emotional distress, and loss of professional opportunities.

---

CLAIM TWO: Civil Conspiracy

Supporting facts:
Defendant entered into an agreement with his associates and committee members to organize and direct a coordinated campaign of defamation and harassment against Plaintiff. This conspiracy included repeated defamatory posts, dissemination of false information, and public harassment at community gatherings. Under Colorado common law, Defendant and his co-conspirators engaged in concerted action designed to intimidate, discredit, and silence Plaintiff. This conduct directly caused Plaintiff financial damages, loss of credibility, and emotional distress.

---

CLAIM THREE: Harassment

Supporting facts:
Defendant engaged in a repeated pattern of conduct intended to harass, annoy, and alarm Plaintiff in violation of C.R.S. § 18-9-111. This included persistent defamatory publications online, coordinated harassment by committee members, and hostile behavior at public events where Plaintiff was present. Defendant's conduct was willful and malicious, with the purpose of causing Plaintiff distress and interfering with his ability to exercise his rights. Plaintiff experienced ongoing emotional harm, intimidation, and interference in legal proceedings.

---

CLAIM FOUR: Tortious Interference with Prospective Business Advantage

Supporting facts:
Defendant intentionally and improperly interfered with Plaintiff's professional and community activities by spreading false statements and directing associates to undermine Plaintiff's credibility. Defendant's actions disrupted Plaintiff's relationships with business partners, community organizations, and potential clients. Under Colorado common law, this conduct constitutes tortious interference, as Defendant's intentional misconduct resulted in financial loss, reputational injury, and loss of opportunities.

E.     **REQUEST FOR RELIEF**
*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

Plaintiff respectfully requests that this Court:

5

1. Award compensatory damages in an amount to be determined at trial for reputational harm, emotional distress, and financial losses.

2. Award punitive damages as permitted under C.R.S. § 13-21-102, to punish Defendant for willful and malicious conduct and to deter similar future conduct.

3. Grant injunctive relief prohibiting Defendant and his associates from engaging in further defamatory, harassing, or retaliatory actions against Plaintiff.

4. Award costs of this action and any other relief, equitable or legal, that the Court deems just and proper.

5. Plaintiff further requests a jury trial on all issues so triable pursuant to Federal Rule of Civil Procedure 38.

F.   PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct.  *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

(Plaintiff's signature)

Javier Martínez Calzada
2755 S. Locust Street, Suite 113
Denver, CO 80222
Tel: 720-841-1607
Email: Javiercalzadamyworld@gmail
Pro Se Plaintiff

(Date)
Revised September 10, 2025