Contents of the Document

1. Caption Page

Court name

Plaintiff vs. Defendant

Case type: Civil Complaint (Jury Trial Requested)

2. Jurisdiction and Venue

28 U.S.C. § 1351 (actions against consuls)

28 U.S.C. § 1331 (federal question jurisdiction)

28 U.S.C. § 1367 (supplemental jurisdiction)

Venue under 28 U.S.C. § 1391(b)

3. Parties

Plaintiff: Javier Martínez Calzada (with address)

Defendant: Pável Meléndez Cruz (with address, personal capacity)

4. Factual Allegations

Defamation campaign, harassment, conspiracy, interference

5. Claims for Relief

Claim I – Defamation (C.R.S. § 13-25-124)

Claim II – Civil Conspiracy (Colorado common law)

Claim III – Harassment (C.R.S. § 18-9-111)

Claim IV – Tortious Interference (Colorado common law)

6. Relief Requested

Award compensatory damages in an amount to be determined at trial for reputational harm, emotional distress, and financial losses

7. Signature Block

Respectfully submitted,

Javier Martínez Calzada
Pro Se Plaintiff
2755 S. Locust Street, Suite 113
Denver, CO 80222
Tel: 720-841-1607
Email: [your email]
Date: September 10, 2025

9