IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

25 SEP 10 AM 10: 39

Civil Action No. __25__-cv-__2837__-__RTG__

Javier Martinez Calzada
_____,

  Plaintiff(s),

v.

Pavel Melendez Cruz (in his personal capacity)
_____,

  Defendant(s).

---

## MOTION FOR APPOINTMENT OF COUNSEL

I am a ☑ plaintiff ☐ defendant **[Select which side you are in your case]** in this case and am currently not represented by counsel. I believe that I am unable to proceed with the assertion of my ☑ claims ☐ defenses **[Select what is appropriate to your case]** in this case without the assistance of counsel. I believe I qualify for the appointment of counsel from the Civil Pro Bono Panel.

Under the court's Civil Pro Bono Representation rule, D.C.COLO.LAttyR 15, a judicial officer of this court may enter an Appointment Order authorizing appointment by the clerk of a member of the court's Civil Pro Bono Panel when the following considerations weigh in favor of appointment:

(1) the nature and complexity of the action **[Describe below:]**

.
_____
_____
_____

(2) the potential merit of the claims or defenses of the unrepresented party;

_____

_____

_____

(3) the demonstrated inability of the unrepresented party to retain an attorney by other means;

_____

_____

_____

and

(4) the degree to which the interests of justice, including the benefits to the court, will be served by appointment of counsel:

_____

_____

_____

D.C.COLO.LAttyR 15(f)(1)(B); *Hill v. SmithKline Beecham Corp.,* 393 F.3d 1111, 1115 (10th Cir. 2004).

I am aware that **I am obligated, as a party in this case representing myself, to meet all obligations and deadlines imposed** under the law and the rules of procedure, local rules, and the practice of standards of this court until appointed counsel formally enters an appearance in this case. I also confirm that I understand that, in the event this motion is granted, **there is no guarantee that appointment of counsel results in an attorney(s) automatically entering an appearance in this case** – only

that a member of the Civil Pro Bono Panel will review the case for possible representation.

[**Please check one or both of the following options:**]

☑ **General Representation** – I request that appointment of volunteer counsel be granted by the court for *general* representation in this civil action subject to the rules and procedures set forth in D.C.COLO.LAttyR 15.

☐ **Limited Representation** – I request that appointment of volunteer counsel be granted by the court for the *limited* representation purpose of:

_____

_____

[examples of purposes for limited representation include amending a pleading / drafting a motion / appearing at a conference, hearing, or trial / assisting with a settlement conference / etc.]

I understand that counsel's *limited* representation may be allowed in accordance with D.C.COLO.LAttyR 2(b)(1), under the auspices of the Civil Pro Bono Panel program and its benefits.

I confirm that I have conferred with the opposing counsel in good faith regarding this motion, as required under local rule D.C.COLO.LCivR 7.1(a) [1].

---

[1] [**Note:** Local Rule D.C.COLOLCivR 7.1(a) requires a party (including an unrepresented party) to confer or make reasonable good faith efforts to confer with any opposing counsel or unrepresented party about the subject of their motion before filing the motion and to describe the specific efforts to fulfill this duty. However, the duty to confer is not required under the local rules for a motion filed in a case involving an unrepresented prisoner.]

Dated at Denver (city), CO (state), this 10 day 09, 201___.

Javier Martinez Calzada
(Unrepresented Party's Name)

2755 S Locust St #113
(Address)

7208411607
(Phone Number)

Javier Martínez Calzada
_____, Plaintiff

v.

<u>Defendant:</u>
<u>Pável Meléndez Cruz (in his personal capacity)</u>
<u>Consul General of Mexico in Denver</u>


(1) ) the nature and complexity of the action

This case involves issues of defamation, civil conspiracy, harassment, and tortious interference, which are legally and factually complex. The defendant is a public official with access to significant resources and legal representation. I have limited financial means and cannot effectively represent myself in federal court without assistance.

I believe that the nature and complexity of the issues, the potential merit of my claims, and the interest of justice weigh in favor of appointing pro bono counsel in this matter.


(2) The potential merit of the claims

"My claims are based on defamation, civil conspiracy, harassment, and tortious interference committed by the Defendant, who is a public official. These claims raise serious legal and factual issues and are not frivolous. They directly affect my reputation, my family, and my community work."


(3) Inability to retain an attorney

> "I do not have the financial resources to hire an attorney. I have already contacted attorneys, but due to the costs involved I am unable to secure representation. I am representing myself without legal training and cannot retain counsel by other means."


---

(4) Interests of justice

> "The appointment of counsel will serve the interests of justice because the Defendant has significant resources and legal representation as a public official. Counsel is needed to ensure that this case is presented fairly and that I am not at a disadvantage. This will also assist the Court by ensuring that filings and arguments are properly presented."