IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-02837-RTG

JAVIER MARTINEZ CALZADA,

    Plaintiff,

v.

PAVEL MELENDEZ CRUZ, Consul General of Mexico in Denver,

    Defendant.

## ORDER DRAWING CASE

After review pursuant to D.C.COLO.LCivR 8.1(a), the Court has determined that this case does not appear appropriate for summary dismissal. Therefore, the case will be drawn to a presiding judge and, if applicable, to a magistrate judge. *See* D.C.COLO.LCivR 8.1(c).

Accordingly, it is

**ORDERED** that this case be drawn to a presiding judge and, if applicable, to a magistrate judge.

DATED September 11, 2025.

BY THE COURT:

Richard T. Gurley
United States Magistrate Judge