IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-02837-RMR-TPO

Javier Martinez Calzada,

    Plaintiff,

v.

Pavel Melendez Cruz;
Consul General of Mexico in Denver

    Defendant.

---

CERTIFICATE OF SERVICE

---

    I certify that I have mailed a copy of this Certificate of Service to the named individuals below, and the following forms to the United States Marshals Service for service of process on Pavel Melendez Cruz: COMPLAINT filed on 9/9/2025, SUMMONS, and MAGISTRATE JUDGE CONSENT FORM on 9/12/2025.

Javier Martinez Calzada
2755 South Locust Street
Suite 113
Denver, CO 80222

US Marshal Service
Service Clerk
Service forms for: Pavel Melendez Cruz

                                                  s/C. Cuenca
                                                  *Deputy Clerk*