**U.S. Department of Justice**
United States Marshals Service

FILED
~~U.S. DISTRICT COURT~~
DISTRICT OF COLORADO

2025 SEP 26 PM 1:17

JEFFREY P. COLWELL
CLERK

BY_____ DEP. CLK

# PROCESS RECEIPT AND RETURN

See *"Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Javier Martinez Calzada, | 25-cv-02837-RMR-TPO |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Pavel Melendez Cruz | S/C |

**SERVE AT** {

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Pavel Melendez Cruz

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

5350 Leetsdale Drive, Suite 100, Denver, Colorado 80246

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| Javier Martinez Calzada<br>2755 South Locust Street<br>Suite 113<br>Denver, CO 80222 | Number of process to be served with this Form 285: 1 |
| | Number of parties to be served in this case: 1 |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

## PERSONAL SERVICE

| Signature of Attorney other Originator requesting service on behalf of:<br>s/C. Cuenca, Deputy Clerk | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>303-844-3433 | DATE<br>9/12/2025 |
|---|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. B13 | No. B13 | *[signature]* mcniel | 9/15/2025 |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☑ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date<br>09/23/25 | Time<br>10:30 | ☑ am<br>☐ pm |
|---|---|---|---|

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |
|---|---|
| | *[signature]* |

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $65.00 | $8.40 | | $73.40 | | $73.40 |

REMARKS

Miguel Barradas
Counsel for legal services
Attempt 9/23/25 @ 0953

Mr. Barradas stated the process needed to go through the Department of State, and would be delivered to the Mexican Embassy and then routed to Mr. Cruz.

1 hr(s) x 65 = $65 (service fee)

6 mi x 2(rt) = 12mi/rt x .7 = $8.40

1:2025-cv-02837

Capture ✓

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285
Rev. 11/18