FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

**25 OCT -8 AM 10: 50**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. **25** -cv- **O2837** - **RMR**

**JAVIER MARTINEZ CALZADA,**

Plaintiff(s),

v.

**PAVEL MELENDEZ CRUZ** ,

Defendant(s).

---

### ELECTION CONCERNING CONSENT/NON-CONSENT TO
### UNITED STATES MAGISTRATE JUDGE JURISDICTION

---

Under 28 U.S.C. § 636(c) and

(1)    D.C.COLO.LCivR 40.1(c) (Assignment of Cases/Direct Assignment to Magistrate Judges);

or

(2)    Fed. R. Civ. P. 73 and D.C.COLO.LCivR 72.2 (Consent Jurisdiction of a Magistrate Judge);

or

(3)    D.C.COLO.LAPR 72.2 (Consent Jurisdiction of a Magistrate Judge).

#### CHECK ONE

_____ all parties in this civil action CONSENT to have a United States magistrate judge conduct all proceedings in this civil action, including trial, and to order the entry of a final judgment;

#### OR

___☑___ at least one party in this civil action DOES NOT CONSENT to have a United States magistrate judge conduct all proceedings in this civil action, including trial, and to order the entry of a final judgment.

_Javier Martinez Colorado_
Printed name

_Colorado_
Signature

_____
Party represented

_10/08/2025_
Date


_____
Printed name

_____
Party represented

_____
Signature

_____
Date


_____
Printed name

_____
Party represented

_____
Signature

_____
Date


**NOTE:**    You are directed to confer with all parties in this action and execute and file
with the Court this Election Concerning Consent/Non-Consent to United
States Magistrate Judge Jurisdiction, indicating either the unanimous
consent of the parties or that at least one party has declined to consent, at
the earlier of (1) no later than seven days before the scheduling conference,
if any; or (2) 45 days after the filing of the first response, other than an
answer, to the operative complaint. All parties must either consent to the
exercise of magistrate judge jurisdiction, or any party may decline to
consent. In either event, **filing of the Election Concerning
Consent/Non-Consent to United States Magistrate Judge Jurisdiction
is mandatory**, indicating either the unanimous consent of the parties or that
at least one party has declined to consent.

Case No. 1:25-cv-02837-RMR-TPO    Document 13    filed 10/08/25    USDC Colorado
Case No. 1:25-cv-02837-RMR    Document 7   4 filed 09/12/25    USDC Colorado    pg 1
pg 3 of 4
of 4

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. _25_ -cv- _02837_ - _RTG_

_Javier Martinez Cabada_

Plaintiff(s),

v.

_Pavel Melendez Cruz_ .

Defendant(s).

---

## CONSENT/NON-CONSENT TO THE EXERCISE OF JURISDICTION
## BY A UNITED STATES MAGISTRATE JUDGE

---

Under 28 U.S.C. § 636(c), Fed. R. Civ. P. 73, D.C.COLO.LCivR 72.2, and D.C.COLO.LAPR 72.2 – Consent Jurisdiction of a Magistrate Judge, you are notified that a United States magistrate judge of this district court is available to handle all dispositive matters in this civil action, including a jury or nonjury trial, and to order the entry of a final judgment. Exercise of this jurisdiction by a magistrate judge, however, is permitted only if all parties voluntarily consent and the district judge orders the reference to a magistrate judge under 28 U.S.C. § 636(c). An appeal from a judgment entered by a magistrate judge shall be taken directly to the appropriate United States Court of Appeals in the same manner as an appeal from any other judgment of a district court.

Consent to magistrate judge jurisdiction is voluntary, and no adverse consequence shall result if consent is declined. If any party withholds consent, the identity of the parties consenting or withholding consent will not be communicated to any magistrate judge or to the district judge to whom the case has been assigned.

If this civil action has been referred to a magistrate judge to handle certain nondispositive matters, that reference shall remain in effect. Upon entry of an order of reference pursuant to 28 U.S.C. § 636(c), the civil action will be assigned to the magistrate judge then assigned to the case.

You are directed to confer with all parties in this action and execute and file with the Court the attached Election Concerning Consent/Non-Consent to United States Magistrate Judge Jurisdiction, indicating either the unanimous consent of the parties or that at least one party has declined to consent, at the earlier of (1) no later than seven days before the scheduling conference, if any; or (2) 45 days after the filing of the first response, other than an answer, to the operative complaint. All parties must either consent to the exercise of magistrate judge jurisdiction, or any party may decline to consent. In either event, **filing of the Election Concerning Consent/Non-Consent to United**

Case No. 1:25-cv-02837-RMR-TPO    Document 13    filed 10/08/25    USDC Colorado
pg 4 of 4
Case No. 1:25-cv-02837-RMR    Document 7    filed 09/12/25    USDC Colorado    pg 2
of 4

**States Magistrate Judge Jurisdiction is mandatory**, indicating either the unanimous consent of the parties or that at least one party has declined to consent.

Any party added to the civil action after reference to a magistrate judge shall be notified by the clerk of the obligation to complete and file the mandatory Election Concerning Consent/Non-Consent to United States Magistrate Judge Jurisdiction. If any added party does not consent to magistrate judge jurisdiction within 21 days from the date of the notice, the civil action shall be assigned to a district judge, and the magistrate judge shall continue on the case as if consent had been declined initially.