FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

25 NOV -5 AM II: 09

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Action No.  1:25-cv-02837-RMR-TPO


Plaintiff(s),Javier Martinez Calzada

v.


Defendant(s) Pavel Melendez Cruz, in his individual capacity.

_____

**MOTION FOR/TO_** PLAINTIFF'S MOTION TO CLARIFY RETURN OF SERVICE AND
REQUEST FOR GUIDANCE ON PERSONAL SERVICE OF DEFENDANT

_____



COMES NOW Plaintiff Javier Martínez Calzada, appearing pro se, and respectfully
moves this Court for clarification regarding the Return of Service filed by the U.S.
Marshals Service, and guidance on how to complete service on Defendant Pavel
Meléndez Cruz, who is sued in his individual and personal capacity for private conduct.

1. Background

On September 26, 2025, the U.S. Marshals Service attempted to personally serve
Defendant at: 5350 Leetsdale Drive, Suite 100 Denver, Colorado 80246 The Return of
Service indicates consulate staff, including Legal Counsel Miguel Barradas, refused
service and stated that process must go through the U.S. Department of State. The
Marshal noted that the consulate would not accept service.

2. Nature of Lawsuit

Defendant is sued in his individual capacity for personal wrongdoing, including:

Defamation (C.R.S. § 13-25-124)

Civil Conspiracy (Colorado common law)

Harassment (C.R.S. § 18-9-111)

Tortious Interference (Colorado common law)

The alleged conduct arises from personal acts outside the scope of consular duties, including malicious statements, harassment, and interference with Plaintiff's livelihood and reputation.

3. Legal Basis

Service on a private individual in the United States is governed by Fed. R. Civ. P. 4(e).

This is not a diplomatic-capacity service situation requiring diplomatic channels because:

> Plaintiff is not suing Defendant in his official consular capacity, but for personal acts committed in the United States for personal motives.

4. Request for Clarification

Plaintiff respectfully requests that the Court:

1. Clarify whether the attempted service by the U.S. Marshals constitutes valid service under Rule 4(e); or

2. Provide procedural guidance to complete valid service on Defendant in his individual capacity; and

3. If required, authorize reissuance of summons and instruct the U.S. Marshals to complete personal service pursuant to the Court's instructions.

5. Good-Faith Certification

Plaintiff brings this motion in good faith to ensure compliance with the Federal Rules and complete proper service. Plaintiff has attempted service and now seeks clarification from the Court.

WHEREFORE

2

Plaintiff respectfully requests that this Court clarify the sufficiency of service and instruct Plaintiff on the appropriate procedure to effectuate personal service on Defendant, and grant any other relief deemed just and proper.

Respectfully submitted,

Javier Martínez Calzada
2755 S. Locust Street, Suite 113
Denver, CO 80222
Phone: (720) 841-1607
Email: javiercalzadamyworld@gmail.com
Pro Se Plaintiff

Dated: November 5, 2025

CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2025, I filed the foregoing Motion with the Court via CM/ECF, which will serve all parties of record.


Javier Martínez Calzada
Pro Se Plaintiff

Case No. 1:25-cv-02837-RMR-TPO    Document 14    filed 11/05/25    USDC Colorado
Case No. 1:25-cv-02837-RMR-TPO    Document 12    filed 09/26/25    USDC Colorado
pg 1 of 1

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See *"Instructions for Service of Process by U.S. Marshal"*

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2025 SEP 26  PM 1:17
JEFFREY P. COLWELL
CLERK
BY ____ DEP. CLK

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Javier Martinez Calzada, | 25-cv-02837-RMR-TPO |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Pavel Melendez Cruz | S/C |

**SERVE AT** {

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Pavel Melendez Cruz

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
5350 Leetsdale Drive, Suite 100, Denver, Colorado 80246

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| Javier Martinez Calzada<br>2755 South Locust Street<br>Suite 113<br>Denver, CO 80222 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

# PERSONAL SERVICE

| Signature of Attorney other Originator requesting service on behalf of:<br>s/C. Cuenca, Deputy Clerk | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>303-844-3433 | DATE<br>9/12/2025 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>1 | District of Origin<br>No. B13 | District to Serve<br>No. B13 | Signature of Authorized USMS Deputy or Clerk<br>*McNiel* | Date<br>9/15/2025 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☑ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date<br>09/23/25 | Time<br>10:30 | ☑ am<br>☐ pm |
|---|---|---|---|

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |
|---|---|

| Service Fee<br>$65.00 | Total Mileage Charges *(including endeavors)*<br>$8.40 | Forwarding Fee | Total Charges<br>$73.40 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>$73.40 |
|---|---|---|---|---|---|

REMARKS

Miguel Barradas
Counsel for legal services
Attempt 9/23/15 @ 0953

Mr. Barradas stated the process needed to go through the Department of State, and would be delivered to the Mexican Embassy and then routed to Mr. Cruz.

1 hr (rt) x 65 = $65 (service fee)

6 mi x 2 (rt) = 12 mi/rt x .7 = $8.40

1:2025-cv-02837

2025 SEP 15 AM 20

Capture ✓

Form USM-285
Rev. 11/18