IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-02837-RMR-TPO

JAVIER MARTINEZ CALZADA,

      Plaintiff,

v.

PAVEL MELENDEZ CRUZ,
In his individual capacity,

      Defendant.

---

## MINUTE ORDER

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on May 5, 2026.**

A Status Conference is **set** for **June 2, 2026**, at **11:30 a.m.** in Courtroom C-402, on the fourth floor of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. This is an **in-person** proceeding.