IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Timothy P. O'Hara**

Civil Action:   25-cv-02837-RMR-TPO          Date: June 2, 2026
Courtroom Deputy:    Sabrina Grimm          FTR: Courtroom C402

| *Parties:* | *Counsel:* |
|---|---|
| JAVIER MARTINEZ CALZADA, | Pro se |
| Plaintiff, | |
| v. | |
| PAVEL MELENDEZ CRUZ, | No Appearance |
| Defendant. | |

## COURTROOM MINUTES

**STATUS CONFERENCE**

**Court in session: 11:45 a.m.**

Appearances of counsel.

This matter is before the Court regarding the status of the case.

**ORDERED:**  The Clerk's Office is directed to update Mr. Martinez Calzada's address to: 6000 East Evans Avenue, Building 1, Suite 030, Denver, CO 80222, javiercalzadamyworld@gmail.com.

**ORDERED:**  Plaintiff's Motion for Appointment of Counsel [4] is **GRANTED**, as stated on the record. The Clerk of Court shall select, notify, and appoint counsel from the Civil Pro Bono Panel to represent Plaintiff in this civil matter. Plaintiff is ADVISED that **there is no guarantee that a member of the Civil Pro Bono Panel will undertake representation in this case, and he remains responsible for all scheduled matters, including hearings, depositions and written discovery, motions, and trial, and for complying with the Federal Rules of Civil Procedure and the Local Rules of the District Court of Colorado.**

Discussion regarding service and amending a complaint.

**ORDERED:**  Plaintiff's Motion to Clarify Return of Service and Request for Guidance on Personal Service of Defendant [14] is **DENIED**, as stated on the record.

**ORDERED:**  Plaintiff's oral motion to extend the deadline to serve defendant is **GRANTED** and the deadline to serve Defendant is extended to **August 2, 2026**, as discussed.

The Court advises Mr. Martinez Calzada of resources available to pro se litigants: the Pro Se Legal Clinic and the Federal Limited Appearance Program (FLAP) with the Colorado Bar Association.

**The Federal Pro Se Clinic provides free legal assistance to people representing themselves in the U.S. District Court for the District of Colorado. The Clinic helps to prepare responsive pleadings, assist with other common pleadings, answers procedural questions, and explains legal concepts such as jurisdiction, venue, and service of process. Pro se parties may contact the Clinic by phone (303-824-5395) or online at _www.cobar.org/cofederalproseclinic_.**

**FLAP aims to address the difficulty pro se parties in civil litigation sometimes face when appearing in court for certain non-dispositive hearings or conferences--such as scheduling conferences, status conferences, discovery hearings, and settlement conferences--by providing those litigants with a volunteer attorney who appears with them in court. Information about FLAP may be found online at _www.cobar.org/For-Members/Young-Lawyers-Division/YLD-Application_.**

**ORDERED:**  A Status Conference is set for **October 8, 2026**, at 11:30 a.m. in Courtroom C402 before Magistrate Judge Timothy P. O'Hara.

HEARING CONCLUDED.

**Court in recess: 12:13 p.m.**
Total time in court: 00:28

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 815-0487, scheduling@pattersontranscription.com; or AB Litigation Services at (303) 629-8534.*