# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-02837-RMR-TPO

JAVIER MARTINEZ CALZADA,

      Plaintiff,

v.

PAVEL MELENDEZ CRUZ,

      Defendant.

---

## ENTRY OF APPEARANCE OF BRIAN S. BOERMAN

---

To the clerk of court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

Plaintiff Javier Martinez Calzada

DATED at Denver, Colorado this 24th day of July, 2026.

Brian S. Boerman
Name of Attorney

Sheridan Ross P.C.
Firm Name

1560 Broadway, Suite 1200
Office Address

Denver, Colorado 80202
City, State, ZIP Code

(303) 863-9700
Telephone Number

bboerman@sheridanross.com
Primary CM/ECF E-mail Address

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 24, 2026, a true and correct copy of the foregoing document was served via the United States District Court – District of Colorado's CM/ECF system, which will send electronic notification of such filing on all registered users.

By: <u>/s/ Brian S. Boerman</u>
Brian Boerman
bboerman@sheridanross.com
SHERIDAN ROSS P.C.
1560 Broadway, Suite 1200
Denver, CO 80202
Telephone: 303-863-9700
Facsimile: 303-863-0223
litigation@sheridanross.com

*Attorney for Plaintiff*
*Javier Martinez Calzada*