**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-02837-RMR-TPO

JAVIER MARTINEZ CALZADA,

      Plaintiff,

v.

PAVEL MELENDEZ CRUZ,

      Defendant.

---

**PLAINTIFF JAVIER MARTINEZ CALZADA'S MOTION FOR EXTENSION OF TIME
TO SERVE DEFENDANT PAVEL MELENDEZ CRUZ**

---

Pursuant to Fed. R. Civ. P. 6(b), Plaintiff Javier Martinez Calzada ("Plaintiff") through his undersigned counsel hereby respectfully requests an extension to serve the Complaint on Defendant Pavel Melendez Cruz ("Defendant"). In support hereof, Plaintiff states as follows:

1.    Plaintiff filed a Complaint against Defendant on September 9, 2025 (ECF No. 1).

2.    Along with the Complaint, Plaintiff served an Application to Proceed in District Cout Without Prepaying Fees or Costs. (ECF No. 2.) The Court granted that application and ordered, among other things, that "process shall not issue at this time" and that the United States Marshals Service would handle service of process. (ECF No. 5.)

3.    Plaintiff understands that the summons was thereafter provided by the clerk to the United States Marshals Service. However, no signed summons was filed on the docket.

4.    On September 26, 2025, a Process Receipt and Return (ECF No. 12) was filed with the Court, indicating that process could not be served at the Mexican consulate.

5.    Plaintiff thereafter filed a Motion to Clarify Return of Service and Request for Guidance on Personal Service of Defendant (ECF No. 15). The Court set a status conference. (ECF No. 16.)

6.    During the status conference on June 2nd, the Court denied the Motion to Clarify Return of Service and Request for Guidance on Personal Service of Defendant, granted Plaintiff's Motion for Appointment of Counsel, and granted Plaintiff's oral motion to extend the deadline to serve Defendant. (ECF No. 18.)

7.    The current deadline to serve Defendant is August 2, 2026. (ECF No. 18.)

8.    Plaintiff has previously indicated his intent to serve Defendant through the use of a private process server in view of the issues faced by the United States Marshals Service in attempting service. (ECF No. 21.)

9.    Undersigned counsel entered his appearance on behalf of Plaintiff on July 24, 2026. (ECF No. 23.)

10.    Plaintiff initially filed a summons in compliance with Fed. R. Civ. P. 4 with the filing of the Complaint. (ECF No. 1-3.)

2

11.     By the time undersigned counsel entered his appearance, no summons had been issued to Plaintiff. As noted above, Plaintiff understands that the summons was initially issued to the United States Marshals Service.

12.     Pursuant to Fed. R. Civ. P. 4(c)(1), "[a] summons must be served with a copy of the complaint." Accordingly, Plaintiff cannot properly serve Defendant until the summons is issued.

13.     Plaintiff has now filed a Summons Request. (ECF No. 24.)

14.     Depending on how quickly the summons issues and in view of the particular complications of service in this case (*see* ECF No.12), it may be difficult and/or impractical to serve Defendant before the current deadline.

15.     Plaintiff respectfully requests an extension of the deadline to serve Defendant until 30 days after issuance of the summons. Notwithstanding this request, Plaintiff intends to proceed with service in a timely manner upon issuance of the summons.

Dated: July 29, 2026                              Respectfully submitted,

By: /s/ Brian S. Boerman
    Brian S. Boerman
    bboerman@sheridanross.com
    SHERIDAN ROSS P.C.
    1560 Broadway, Suite 1200
    Denver, CO 80202
    Telephone: 303-863-9700
    Facsimile: 303-863-0223
    litigation@sheridanross.com

*Attorney for Plaintiff*
*Javier Martinez Calzada*

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 29, 2026, a true and correct copy of the foregoing document was served via the United States District Court – District of Colorado's CM/ECF system, which will send electronic notification of such filing on all registered users.

Pursuant to D.C.COLO.LCivR 6.1(c), counsel for Plaintiff certifies that on July 29, 2026, a courtesy copy of the foregoing was served upon Plaintiff Javier Martinez Calzada.

By: /s/ Brian S. Boerman
Brian Boerman
bboerman@sheridanross.com
SHERIDAN ROSS P.C.
1560 Broadway, Suite 1200
Denver, CO 80202
Telephone: 303-863-9700
Facsimile: 303-863-0223
litigation@sheridanross.com

*Attorney for Plaintiff*
*Javier Martinez Calzada*