AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-02837-RMR-TPO

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Pavel Melendez Cruz Consulate General Of Mexico

was received by me on *(date)*          08/01/2026          .

☑ I personally served the summons on the individual at *(place)*     Westminister City Park

10455 N. Sheridan BLVD Westminister CO 80020          on *(date)*          08/01/2026          ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____          on *(date)* _____          ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $          150.00          for travel and $ _____ for services, for a total of $          150.00          .

I declare under penalty of perjury that this information is true.

Date:          08/03/2026

*(signature)*
*Server's signature*

Ovalia Alvear Rodriguez
*Printed name and title*

1396 Havana ST Aurora CO 80010

_____
*Server's address*

Additional information regarding attempted service, etc: