**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-02837-RMR-TPO

JAVIER MARTINEZ CALZADA,

Plaintiff,

v.

PAVEL MELENDEZ CRUZ,
CONSUL GENERAL OF MEXICO IN DENVER,

Defendants.

---

**PLAINTIFF JAVIER MARTINEZ CALZADA'S REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT PAVEL MELENDEZ CRUZ**

---

Plaintiff Javier Martinez Calzada, through undersigned counsel, hereby files this Request for Entry of Default against Defendant Pavel Melendez Cruz as follows:

1. Mr. Calzada filed his Complaint on September 9, 2025. *See* Affidavit of Brian Boerman ("Boerman Aff.") ¶ 2. A true and correct copy of the Boerman Affidavit is attached as Exhibit A.

2. Mr. Cruz was personally served with the Summons and Complaint on August 1, 2026, as shown in the Proof of Service filed on August 13, 2026. Boerman Aff. ¶ 3.

3. Mr. Cruz's deadline to answer or otherwise respond to the Complaint was August 24, 2026. Fed. R. Civ. P. 12(a)(1)(A)(i). The time period for Mr. Cruz to respond has not been extended or modified. Boerman Aff. ¶ 4.

4. Mr. Cruz has not filed an answer, motion or other responsive pleading, and has not otherwise defended or appeared in this action. Boerman Aff. ¶ 5.

5. Because Mr. Cruz has failed to plead or otherwise defend, Mr. Calzada respectfully requests that the Clerk enter default against Mr. Cruz pursuant to Fed. R. Civ. P. 55(a).

Dated: September 4, 2026

By: /s/ Brian Boerman

Brian Boerman
bboerman@sheridanross.com
SHERIDAN ROSS P.C.
1560 Broadway, Suite 1200
Denver, CO 80202
Telephone: 303-863-9700
Facsimile: 303-863-0223
litigation@sheridanross.com

*Attorney for Plaintiff*
*Javier Martinez Calzada*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 4, 2026, a true and correct copy of the foregoing document was served via the United States District Court – District of Colorado's CM/ECF system, which will send electronic notification of such filing on all registered users.

By: /s/ Brian Boerman
Brian Boerman
bboerman@sheridanross.com
SHERIDAN ROSS P.C.
1560 Broadway, Suite 1200
Denver, CO 80202
Telephone: 303-863-9700
Facsimile: 303-863-0223
litigation@sheridanross.com

*Attorney for Plaintiff*
*Javier Martinez Calzada*