**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-02837-RMR-TPO

JAVIER MARTINEZ CALZADA,

Plaintiff,

v.

PAVEL MELENDEZ CRUZ,
CONSUL GENERAL OF MEXICO IN DENVER,

Defendants.

---

**AFFIDAVIT OF BRIAN BOERMAN IN SUPPORT OF PLAINTIFF JAVIER MARTINEZ CALZADA'S REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT PAVEL MELENDEZ CRUZ**

---

I, Brian Boerman, declare under penalty of perjury that the following facts are true to the best of my information and belief:

1. I am an attorney representing Plaintiff Javier Martinez Calzada in this action.

2. Mr. Calzada filed his Complaint on September 9, 2025 (ECF No. 1).

3. Defendant Pavel Melendez Cruz was personally served with process on August 1, 2026. Proof of service was filed with the Court on August 13, 2026. (ECF No. 31.)

4. More than 21 days have elapsed since Mr. Cruz was served. The time period for Mr. Cruz to file a responsive pleading or otherwise take action has not been extended or modified.

5. Mr. Cruz has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

6. Upon information and belief, Mr. Cruz is not a minor, incompetent, or a member of the U.S. military.

7. Accordingly, Mr. Cruz is in default.

Further, Affiant sayeth naught.

Dated: September 4, 2026

By: /s/ Brian Boerman

Brian Boerman
bboerman@sheridanross.com
SHERIDAN ROSS P.C.
1560 Broadway, Suite 1200
Denver, CO 80202
Telephone: 303-863-9700
Facsimile: 303-863-0223
litigation@sheridanross.com

*Attorney for Plaintiff*
*Javier Martinez Calzada*

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2026, a true and correct copy of the foregoing document was served via the United States District Court – District of Colorado's CM/ECF system, which will send electronic notification of such filing on all registered users.

By: /s/ Brian Boerman

Brian Boerman
bboerman@sheridanross.com
SHERIDAN ROSS P.C.
1560 Broadway, Suite 1200
Denver, CO 80202
Telephone: 303-863-9700
Facsimile: 303-863-0223
litigation@sheridanross.com

*Attorney for Plaintiff*
*Javier Martinez Calzada*